## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| MICHAEL MOTYLINSKI, ) | |
| ) | Civil No. 2013-127 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GLACIAL ENERGY (VI), LLC and ) | |
| MARILYN LOBEL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter was before the Court on September 20, 2018, for a status conference. This matter was stayed following a bankruptcy filing that included defendant Glacial Energy (VI), LLC as a debtor. On July 27, 2014, the District Court entered an order staying the entire matter, including claims against defendant Lobel, under section 362 of the Bankruptcy Code, based on an indemnification agreement entered into between the defendants. [ECF 51].

On September 29, 2016, defendants reported that the bankruptcy proceedings had concluded. [ECF 55]. The documentation provided to the Court with that report did not reference "Glacial Energy VI, LLC." Today, counsel provided the Court with a different order, which does list the Virgin Islands entity, and shows that the matter has been dismissed. Defense counsel reported, however, that counsel has not been in communication with defendant Lobel for some time, does not know where to locate her, and may seek to withdraw.

Additionally, plaintiff is not certain whether he will pursue the litigation, as he is without information relative to Lobel that would indicate whether further action could be fruitful. The parties agreed that additional time to locate Lobel and determine the future of this matter is warranted. The Court agrees.

Accordingly, the premises considered, it is hereby ORDERED: that this matter shall be scheduled for a further conference on **November 27, 2018, at 10:00 a.m.**

**Dated:** September 20, 2018        S\ _____
                        **RUTH MILLER**
                        United States Magistrate Judge