# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| MICHAEL MOTYLINSKI, | ) |
| Plaintiff, | ) Civil No. 2013-127 |
| v. | ) |
| MARILYN LOBEL, | ) |
| Defendant. | ) |

## ORDER

This matter was before the Court on January 3, 2019, for a show cause and status conference. Plaintiff had failed to cooperate in the process set out for completing the limited discovery the parties had agreed to as set forth in the Court's November 27, 2018 order. Defendant still agrees to allow her deposition to be taken on the issues surrounding her role, if any, in the termination of plaintiff. There are also several summary judgment motions that have been filed or renewed [ECF 15, 28, 34] and plaintiff needs to respond to these.

The premises considered, it is hereby ORDERED:

1. The parties shall arrange for Lobel's deposition to take place on or before January 31, 2019.

2. Plaintiff shall respond in one consolidated response to all outstanding summary judgment motions no later than February 19, 2019.

3. Defendant may file a consolidated reply no later than March 5, 2019.

4. The show cause has been discharged

**Dated:** January 3, 2019         S\ _____
                                   **RUTH MILLER**
                                   United States Magistrate Judge